Nos. 04-99-00635-CR; 04-99-00636-CR & 04-99-00637-CR



Robert VILLARREAL,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court Nos. 92CR7823; 92CR7824; & 92CR7825


Honorable Bill White, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice


Delivered and Filed: August 9, 2000 


APPEALS DISMISSED


 Appellant has filed a motion to dismiss these appeals by withdrawing his notices of appeal. The
motion is granted, and these appeals are dismissed. See Tex. R. App. P. 42.2(a).


 PER CURIAM

DO NOT PUBLISH